UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHIGAN PROTECTION & ADVOCACY
SERVICE, INC.,                                                    Case No. 5:05-CV-0128

        Plaintiff,                                          Hon. Paul L. Maloney

v

PATRICIA L. CARUSO, in her official capacity as
Director, Michigan Department of Corrections,

        Defendant.

---

Mark A. Cody (P42695)                          A. Peter Govorchin (P31161)
Michigan Protection & Advocacy Service, Inc.   Assistant Attorney General
Attorney for Plaintiff                         Corrections Division
4095 Legacy Parkway, Suite 500                 Attorney for Defendant
Lansing, MI 48911                              P.O. Box 30217
(517) 487-1755                                 Lansing, MI 48909
                                               (517) 335-7021
Robert Fleischner (BBO 171320)
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 587-6265
Attorney for Plaintiff

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, through counsel, stipulate that the remaining issue in this litigation, being

Plaintiff Michigan Protection and Advocacy Service, Inc.'s claim for recovery of attorney fees

and costs related to this litigation should be dismissed, with prejudice, as the parties have

resolved their differences.

1

Respectfully submitted by:

*s/with consent of Mark A. Cody*
Mark A. Cody
Michigan Protection & Advocacy Service, Inc.
4095 Legacy Parkway, Suite 500
Lansing, MI 48911
(517) 487-1755
mcody@mpas.org
P42695

Dated:  September 9, 2011

*s/with consent of Robert Fleischner*
Robert Fleischner
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 587-6265
RFleischner@cpr-ma.org
BBO 171320

Dated:  September 9, 2011

*s/A. Peter Govorchin*
Assistant Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7021
govorchinp@michigan.gov
P31161

Dated:  September 9, 2011

## **ORDER**

IT IS SO ORDERED.

Dated: September 12, 2011          /s/  Paul L. Maloney
                                    Honorable Paul L. Mahoney
                                    U.S. District Court Judge

2